UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GAIL C. DERFLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:10CV00203 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before the Court on Plaintiff's motion for attorney's fees in the

amount of $3,984.59,[1] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d),

and for reimbursement of the $350.00 filing fee from the Judgment Fund, pursuant to 31

U.S.C. § 1304. (Doc. 21.) Plaintiff is the prevailing party in her action challenging the

Commissioner of Social Security's denial of her application for Disability Insurance

Benefits and Supplemental Security Income. Her request for fees is supported by

appropriate documentation, and the Commissioner states that he does not object to the

amount of fees sought. Upon review of the record, the Court finds that the fee request is

reasonable. The fees, however, must be paid directly to Plaintiff, pursuant to *Ratliff v.*

---

[1]    The Court notes that Plaintiff originally requested attorney's fees in the amount
of $4,334.59. (Doc. 21.) However, the Commissioner corrected this figure in his response
memorandum and noted that the amount of $4,334.59 represents a combination of the
requested attorney's fees of $3,984.59 and the requested $350.00 filing fee. (Doc. 22.) In
her reply memorandum, Plaintiff confirmed that she is requesting attorney's fees of
$3,984.59 and reimbursement of the $350.00 filing fee. (Doc. 23.)

*Astrue*, 130 S. Ct. 2521 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney's fees (Doc. 21) is **GRANTED in part**. Plaintiff shall be awarded attorney's fees in the amount of $3,984.59, to be paid by the Social Security Administration directly to Plaintiff. Plaintiff shall also be awarded her costs of $350.00, to be paid from the Judgment Fund administered by the United States Treasury.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 11th day of July, 2011.